UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JONATHAN R. BLOUNT,
    Plaintiff,

v.        Case No. 14-CV-324

EDWARD F. WALL and DENISE SYMDON,
    Defendants,

## DECISION AND ORDER

Plaintiff has filed a motion asking me to waive the remainder of the filing fee. The plaintiff submits that he is out of custody now and "has no income, savings or other tangible assets available to cover said costs." (ECF 27). It appears from plaintiff's motion that he believes the case will not move forward until he pays the remaining balance of $345.12.

Plaintiff filed this case while he was incarcerated and incurred the filing fee. 28 U.S.C. § 1915(b)(1). I cannot waive the debt plaintiff owes the court. However, this case will proceed without prepayment of the fee. Plaintiff remains responsible for submitting payment to the court when he is able. Payments shall be clearly identified by the case name and number assigned to this action.

**THEREFORE, IT IS ORDERED** that plaintiff's motion for waiver of cost and fees (Docket #27) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 18th day of February, 2015.

        s/ Lynn Adelman
        _____
        LYNN ADELMAN
        District Judge